# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ALCALIPH WOODARD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-00600-ACA-NAD |
| JASON PAUL, TFO, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge has entered a report recommending that the court dismiss this action for Plaintiff Alcaliph Woodard's failure to prosecute the action. (Doc. 9). Although the magistrate judge advised Mr. Woodard of his right to file specific objections within fourteen days and the consequences of a failure to object (*id.* at 2–3), the court has received no objections.

Mr. Woodard's failure to file specific objections waives any challenge to the proposed finding and recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

2

**DONE** and **ORDERED** this October 17, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE